David M. Byers, OSB#03620
Email: dbyers@grahamdunn.com
GRAHAM & DUNN PC
Pier 70 ~ 2801 Alaskan Way Suite 300
Seattle, Washington 98121-1128
Telephone: (206) 624-8300
Facsimile: (206) 340-9599
Attorneys for Howard Johnson International

FILED'05 AUG 09 11:56USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>85 FIFTH STREET ASSOCIATES, LLC, a Washington limited liability company; 85 FIFTH STREET ASSOCIATES, L.P., a Washington limited partnership; NORTHWEST LODGING, INC., a Washington corporation; LAWRENCE P. HORWITZ, individually; and ANDRE S. TATIBOUET, individually,<br><br>Defendants. | CV NO. 3-03-01663-JE<br><br>ORDER GRANTING DISMISSAL OF DEFENDANT NORTHWEST LODGING, INC. WITHOUT PREJUDICE<br><br>(~~PROPOSED~~)<br><br>**Clerk's Action Required** |

THIS MATTER having come before the Court on Plaintiff's Motion to Dismiss Defendant Northwest Lodging, Inc. without Prejudice, and the Court having reviewed the submissions of the parties, and being fully advised in the premises, it is now, therefore,

ORDERED, ADJUDGED AND DECREED that Northwest Lodging, Inc. is dismissed from this cause without prejudice and without cost to any party. Howard Johnson International, Inc. shall retain all rights against Northwest Lodging, Inc., including the right to commence an

action against Northwest Lodging, Inc. on the same grounds and for the same reasons as set forth in the First Amended Complaint herein.

DONE ~~IN OPEN COURT~~ this 8th day of August 2005.

_____
The Honorable John Jelderks

Presented By:
GRAHAM & DUNN, PC

By: _s/ David M. Byers_
    David M. Byers, WSBA #29228
    GRAHAM & DUNN PC
    Pier 70 ~ 2801 Alaskan Way ~ Ste. 300
    Seattle, WA 98121-1128
    Telephone: (206) 624-8300
    Fax: (206) 340-9599
    Email: dbyers@grahamdunn.com
    Attorneys for Howard Johnson International, Inc.